IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

---

| | | |
|---|---|---|
| IN RE: | : | |
| | : | Chapter 13 |
| Robert J. Gilberthorpe | | |
| Chloe C. Gilberthorpe | : | Case No 24-bk-02976-MJC |
| Debtors | : | |
| | : | |

---

O R D E R

AND NOW, this _____ day of _____, 2024, upon consideration of the within Motion to Extend Time to File Required Documents, it is hereby:

ORDERED that the Motion is GRANTED, and the Debtors are given an extension to file all required documents with the Court on or before December 16, 2024.

_____
HONORABLE MARK J. CONWAY
UNITED STATES BANKRUPTCY JUDGE