IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

ROBERT J. GILBERTHORPE

    Debtor 1

CHLOE C. GILBERTHORPE

    Debtor 2

Chapter: 13
Case No.: 4:24-bk-02976-MJC

## ORDER DISMISSING CASE

It appearing that the above named Debtors have failed to file the documents listed below, required pursuant to 11 U.S.C. §521 and Bankruptcy Rule 1007:

Employee Income Records or Certificate of No Payment Advices

**IT IS HEREBY, ORDERED** that the case of the above named Debtors be and is hereby dismissed. The Trustee is hereby discharged from further responsibility in this case, and it is further

**ORDERED** that all pending actions in this case are hereby dismissed.

By the Court,

_____
Mark J. Conway, Bankruptcy Judge
Dated: January 6, 2025